**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA I. ZAMARI, | Case No.: 1:12-cv-00763-SKO |
| Plaintiff, | **ORDER REQUIRING AMENDMENT TO APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | (Docket No. 2) |
| Defendant. | |

On May 9, 2012, Plaintiff Reina I. Zamari ("Plaintiff") filed a complaint in *pro se* and an application to proceed *in forma pauperis*. (Docs. 1, 2.) The Court has reviewed the application and has determined that Plaintiff's application to proceed *in forma pauperis* failed to provide complete responses to Questions 2 and 3. Specifically, the application failed to provide an answer to Question 2b regarding Plaintiff's last employment, failed to answer either "yes" or "no" as required to Question 3, and failed to indicate the amount Plaintiff receives from SSI Disability as required in Question 3. As such, the Court cannot make a final determination as to Plaintiff's request to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court will provide Plaintiff with a new application to proceed *in forma pauperis*;

2. Plaintiff SHALL FILE a revised application to proceed *in forma pauperis* within **fourteen (14) days** of the date of this order correcting the deficiencies set forth above; and

3. Plaintiff is advised that failure to file a revised application may result in denial of Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   May 14, 2012**                    /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE