# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA I. ZAMARI, | Case No.: 1:12-cv-00763-SKO |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Docs. 2, 4) |
| Defendant. | |

Plaintiff Reina I. Zamari filed a complaint on May 9, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) On May 24, 2012, Plaintiff filed an amended motion to proceed *in forma pauperis*. (Doc. 4.) Plaintiff's amended motion demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of Court is DIRECTED to issue the following:

    a. A summons; and

        b.     New Social Security Case Documents including Social Security USM-285 Forms;

3.     The United States Marshal shall serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM-285 Form.

IT IS SO ORDERED.

**Dated:**   **May 29, 2012**                          /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE