1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA I. ZAMARI,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                    Defendant.<br>_____ | Case No.: 1:12-cv-00763-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 2, 4) |

Plaintiff Reina I. Zamari filed a complaint on May 9, 2012, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  On May 24, 2012, Plaintiff filed an amended motion to proceed *in forma pauperis*.  (Doc. 4.)  Plaintiff's amended motion demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.        Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.        The Clerk of Court is DIRECTED to issue the following:

        a.        A summons; and

b.      New Social Security Case Documents including Social Security USM-285 Forms;

3.      The United States Marshal shall serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM-285 Form.

IT IS SO ORDERED.

**Dated:    May 29, 2012**                          **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE