# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA I. ZAMANI,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-00763-AWI-SKO<br><br>**ORDER THAT THE COMMISSIONER FILE A STATUS REPORT** |

Pursuant to both the scheduling order (Doc. 6) in this case as well as the informational order for pro se litigants (Doc. 12), the parties were required to exchange confidential letter briefs. Plaintiff was required to serve on the Commissioner a letter brief within 30 days after service of the administrative transcript. (Doc. 6, ¶ 3; Doc. 12, 3:25-4:2.) The Commissioner was required to serve a responsive confidential letter brief within 35 days after service of Plaintiff's confidential letter brief. (Doc. 6, ¶ 4; Doc. 12, 4:10-11.) Finally, if the parties were unable to stipulate to a remand of

the case, Plaintiff was to file an opening brief no later than 30 days after service of the Commissioner's responsive confidential letter brief. (Doc. 6, ¶ 6; Doc. 12, 5:2-3.)

Here, the administrative record was filed and served on November 14, 2012. (Doc. 15.) As such, Plaintiff was required to serve the Commissioner with a confidential letter brief **no later than Monday, December 17, 2012**. *See* Fed. R. Civ. P. 5(b)(2)(C), (E); Fed. R. Civ. P. 6(d). (Doc. 6, ¶ 3; Doc. 12, 3:25-4:2.) In turn, the Commissioner was required to serve a responsive confidential letter brief on Plaintiff **no later than Friday, January 25, 2013**.[1] *See* Fed. R. Civ. P. 5(b)(2)(C); Fed. R. Civ. P. 6(d). (Doc. 6, ¶ 4; Doc. 12, 4:10-11.) As the parties have not filed a stipulation to remand the case, Plaintiff's opening brief was to be filed with the Court no later than **Thursday, February 28, 2013.** *See* Fed. R. Civ. P. 5(b)(2)(C); Fed. R. Civ. P. 6(d). (Doc. 6, ¶ 6; Doc. 12, 5:2-3.) On March 4, 2013, instead of filing an opening brief, Plaintiff filed a notice and additional medical information she requests be included in the Court's consideration of her appeal. (Doc. 18.)

As Plaintiff has failed to file an opening brief, IT IS HEREBY ORDERED that **no later than March 12, 2013,** the Commissioner shall file a statement indicating when (or whether) service of the confidential letter briefs occurred.

IT IS SO ORDERED.

**Dated:   March 6, 2013**            /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] The calculation of these dates presumes that the parties each served their respective confidential letter briefs on the day of the deadline.