1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
7                EASTERN DISTRICT OF CALIFORNIA
8
REINA I. ZAMANI,                          )   Case No.: 1:12-cv-00763-AWI-SKO
9                                          )
                                           )
10              Plaintiff,                 )   **ORDER THAT THE PARTIES FILE A**
                                           )   **JOINT STATUS REPORT**
11       v.                                )
                                           )
12                                         )
CAROLYN W. COLVIN,                         )
13    Acting Commissioner of Social Security, )
                                           )
14                                         )
                Defendant.                 )
15    _____)
16
17          Pursuant to the Court's March 14, 2013, order, Plaintiff was to serve on the Commissioner
18    a confidential letter brief no later than April 18, 2013.  (Doc. 23.)  No proof of service of the
19    confidential letter brief has been filed.
20          Accordingly, IT IS HEREBY ORDERED that the parties file a joint status report **no later**
21    **than May 8, 2013**, indicating when Plaintiff's confidential letter brief was served on the
22    Commissioner and when the Commissioner's responsive confidential letter brief will be served on
23    Plaintiff.
24
25    IT IS SO ORDERED.
26    **Dated:    April 29, 2013**                    _____/s/ Sheila K. Oberto_____
                                                      UNITED STATES MAGISTRATE JUDGE
27
28