# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA I. ZAMANI, | Case No.: 1:12-cv-00763-AWI-SKO |
| Plaintiff, | **ORDER THAT THE PARTIES FILE A JOINT STATUS REPORT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's March 14, 2013, order, Plaintiff was to serve on the Commissioner a confidential letter brief no later than April 18, 2013.  (Doc. 23.)  No proof of service of the confidential letter brief has been filed.

Accordingly, IT IS HEREBY ORDERED that the parties file a joint status report **no later than May 8, 2013**, indicating when Plaintiff's confidential letter brief was served on the Commissioner and when the Commissioner's responsive confidential letter brief will be served on Plaintiff.

IT IS SO ORDERED.

**Dated:    April 29, 2013          _____/s/ Sheila K. Oberto_____**
                                                            UNITED STATES MAGISTRATE JUDGE