# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA I. ZAMANI,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:12-cv-00763-AWI-SKO<br><br>**ORDER TO FILE OPENING BRIEF OR SHOW CAUSE WHY THE CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |

On May 21, 2013, the Court set a revised briefing scheduling, which included a deadline of June 28, 2013, for Plaintiff to file her opening brief.  (Doc. 27.)  No opening brief was filed on June 28, 2013.  As such, **by no later than July 8, 2013,** Plaintiff shall file an opening brief that complies with the requirements specified in the Informational Order (Doc. 12), *or* she shall file a statement showing cause why this case should not be recommended for dismissal for failure to file an opening brief.

Accordingly, IT IS HEREBY ORDERED that:

1. **By no later than July 8, 2013,** Plaintiff shall **either**:

    a. File an opening brief; **or**

    b. Show cause in a written statement filed with the Court why the case should not be recommended for dismissal for her failure to file an opening brief; and

2. If Plaintiff fails to respond to this order in the manner indicated above, **this case will be recommended for dismissal**.

IT IS SO ORDERED.

**Dated:**   July 1, 2013                                     /s/ Sheila K. Oberto
                                                              UNITED STATES MAGISTRATE JUDGE